

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

Nos. 06-22-00038-CR,
06-22-00039-CR &
06-22-00040-CR

TREMAYNE DOUGLAS WARE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 202nd District Court
Bowie County, Texas
Trial Court Nos. 21F1137-202, 21F1138-202 & 21F1140-202

Before Stevens, C.J., van Cleef and Rambin, JJ.

ORDER

Our review of the clerk's records and the reporter's record in these matters indicates that they contain unredacted "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a birth date, a home address, and the name of any person who was a minor at the time the offense was committed." TEX. R. APP. P. 9.10(a)(3). The clerk's records include the name of a person who was a minor at the time the offense was committed. Likewise, volumes seven through eleven of the reporter's record include the name of a person who was a minor at the time the offense was committed. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(g) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(g). Therefore, because the clerk's records and volumes seven through eleven of the reporter's record contain unredacted sensitive data, we order the clerk of this Court, or her appointee, in accordance with Rule 9.10(g), to seal the electronically filed clerk's records and volumes seven through eleven of the reporter's record.

IT IS SO ORDERED.

BY THE COURT

Date: January 27, 2023

2